UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA HOLMES,

        Plaintiff,        Case No.  06-51094

  v.        District Judge George Caram Steeh

        Magistrate Judge R. Steven Whalen

TELECHECK INTERNATIONAL, INC.,
and TELECHECK SERVICES, INC.,

        Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
NON-PARTY'S OBJECTION TO AND MOTION TO QUASH
SUBPOENA**

For the reasons stated on the record on January 9, 2007, Non-Party Border Group's Motion to Quash Subpoena [Docket #1] is GRANTED IN PART AND DENIED IN PART, as follows:

As to Items 17 and 18 on the list that was attached to the subpoena in question, the Motion is DENIED.  Borders Groups shall, within 21 days of the date of this Order, produce the requested items.  If, following a diligent and good-faith search, the security tapes listed in Item 18 cannot be found or do not exist, Borders Group shall so certify in writing.

As to all other Items listed with the subpoena, the Motion to Quash is GRANTED.

SO ORDERED.

        S/R. Steven Whalen  
        R. STEVEN WHALEN  
        UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 9, 2007.

        s/Gina Wilson  
        Judicial Assistant